UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK GROVER,

        Plaintiff,

                                                      File no: 1:21-cv-252

v.

                                                      HON. ROBERT J. JONKER

TRACI PEREZ,

        Defendant.
_____/

**ORDER APPROVING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 7, 2023 (ECF No. 119).  The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 119) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Traci Perez shall pay Plaintiff's counsel a total of $21,434.91, consisting of $16,975.00 in fees and $4,459.91 in costs.


Dated:  September 28, 2023              /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE